IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE HANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:12-cv-992-WTL-DKL |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA and PITT COUNTY ) | |
| MEMORIAL HOSPITAL, INC. GROUP ) | |
| LONG TERM DISABILITY PLAN , ) | |
| ) | |
| Defendants. ) | |

**SATISFACTION OF ATTORNEY FEE ENTRY**

WHEREAS, this Court entered its Entry on Motion for Attorneys' Fees on August 6, 2014 [Dkt. #76], awarding Plaintiff attorneys' fees and costs in the amount of Fifty-four Thousand, Eight Hundred Eighty and 27/100 Dollars ($54,880.27); and

WHEREAS, the Defendant has paid the attorneys' fees and costs;

NOW, THEREFORE, Plaintiff, Janice Hannon, acknowledges that the Court order of August 6, 2014 has been satisfied.

ACCORDINGLY, The Clerk of this Court and the clerk of any other court of record may note in the appropriate record that the Entry on Motion for Attorneys' Fees has been SATISFIED.

Respectfully submitted,

O'RYAN LAW FIRM

By: s/ Bridget O'Ryan
Bridget O'Ryan, #18274-49
1901 Broad Ripple Avenue
Indianapolis, IN 46220
Ph.: (317) 255-1000
Fx.: (317) 255-1006
boryan@oryanlawfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing *SATISFACTION OF JUDGMENT* was filed electronically on August 26, 2014, and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

        Eric P. Mathisen
        eric.mathisen@ogletreedeakins.com

                                    s/Bridget O'Ryan
                                    Bridget O'Ryan